# IN THE UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Charles Scott Snyder<br>1:17-CV-3301 | MDL Case No.<br>1:14-ml-02570-RLY-TAB<br><br>MDL 2570 |

## **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to Local Rule 83-7(b); Lisa Ann Gorshe, Michael K. Johnson and Kenneth W. Pearson, as well as the law firm of JOHNSON BECKER, PLLC., move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. The attorney-client relationship between Charles Scott Snyder and his counsel has broken down as counsel and client disagree as to the manner in which his case should be pursued.

3. Charles Scott Snyder has been notified, in writing, by counsel of their intentions to withdraw as his attorneys in this action.

4. Plaintiff's last known address and contact information is as follows:

Charles Scott Snyder
3926 Lorna Drive
West Valley City, UT 84120
Phone: (385) 252-1357
Email: scottsnyder6@gmail.com

5. This matter is not set for trial.

6. All Court Ordered discovery has been submitted including compliance with Amount in Controversy.

7. JOHNSON BECKER, PLLC has sent a copy of this Motion to Withdraw to this Claimants last known address via USPS Certified Mail and 2-day FedEx as well as email, thereby informing him of this Motion to Withdraw. A copy of the Notice of Motion to Withdraw as Counsel is Attached as Exhibit A.

WHEREFORE, the undersigned counsel and JOHNSON BECKER, PLLC move this Court for the entry of an Order permitting Lisa Ann Gorshe, Michael K. Johnson and Kenneth W. Pearson and the law firm of JOHNSON BECKER, PLLC to withdraw their appearance as counsel of record in this matter.

| | |
|---|---|
| October 2, 2025 | Respectfully submitted, |
| | */s/Lisa Ann Gorshe. Esq.* |
| | Lisa Ann Gorshe, Esq. (MN 029522X)<br>lgorshe@johnsonbecker.com<br>Michael K. Johnson, Esq. (MN 0258696)<br>mjohnson@johnsonbecker.com<br>Kenneth W. Pearson, Esq. (MN016088X)<br>kpearson@johnsonbecker.com<br>JOHNSON BECKER, PLLC<br>444 Cedar St. Ste. 1800<br>St. Paul, MN  55101<br>P:  (612) 436-1800<br>F:  (612) 436-1801 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 2rd of October 2025, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/Lisa Ann Gorshe. Esq.*
Lisa Ann Gorshe, Esq. (MN 029522X)